AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Bernard B. Norris | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Chad Wolf, Acting Secretary, United States Dept. of Homeland Security | ) | 1:20-cv-20179-BB |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chad Wolf, Acting Secretary, U.S. Dept. of Homeland Security
c/o  Ariana Fajardo Orshan
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher C. Sharp, Esq./SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
(954) 909-4246
email: csharplaw@aol.com
alternate email: chris@csharplawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  Jan 15, 2020

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts